46,979-01

Johnny Gonzales
TDCJ ID-NO.#00807911
Connally unit
Kenedy, TX 78119

November 9, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

Court of Criminal Appeal
of Texas
P.O. Box 12308
Capital Station
Austin, Texas 78711

RE: Johnny Gonzales V. The State of Texas,
    Tr.Ct.No. 97-CR-3012-B(S1); App.Ct.No. 13-97-00893-CR:
    In the 117th District Court.

Dear Clerk,

On or about December 15, 2003, I filed a writ of Habeas Corpus, 11.07 T.C.C.P., with your office, regarding my conviction.

I am respectfully requesting a copy of this writ of Habeas Corpus, 11.07 and Memorandum of Law, be sent to me at the above listed address.

If there is a fee "Please," notify me of the cost for non-certified copys.

Thank you for your kind assistance in this matter.

Sincerely,

Johnny Gonzales
TDCJ ID-NO.#00807911